NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JAMIE LAMONT TERRY, *Petitioner*.

No. 1 CA-CR 18-0709 PRPC

FILED 3-5-2019

Petition for Review from the Superior Court in Maricopa County
No. CR2016-102001-001
The Honorable Peter A. Thompson, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Jamie Lamont Terry, Eloy
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Paul J. McMurdie, Judge Randall M. Howe, and Judge Jennifer B. Campbell delivered the following decision.

---

**PER CURIAM**:

**¶1**		Petitioner Jamie Terry seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

**¶2**		Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**		We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find the petitioner has not established an abuse of discretion.

**¶4**		We grant review but deny relief.

